THEODORE L. EARLE, Respondent and Appellant, v. HESTER RENWICK

App. Div.]                    Second Department, May, 1918.

EARLE, Appellant, and F. YOULDEN COWLE, Answering Defendant, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.